**FILED**
JUN 23 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09CR1063-GT |
| Plaintiff, | |
| v. | **ORDER CONTINUING SENTENCING HEARING** |
| ROBERTO BAUTISTA-ORTEGA, | |
| Defendant. | |

GOOD CAUSE APPEARING AND PREVIOUS MOTION HAVING BEEN MADE, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for Wednesday, June 24, 2009 at 9:00 a.m. be continued to Wednesday, July 22, 2009 at 9:00 a.m.

SO ORDERED.

Date: June 22, 2009

HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE